AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

## MIDDLE DISTRICT OF ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**One USPS Priority Flat Rate Box addressed to:**
Kitty Whitaker
6820 Inverness Rd.
Montgomery, AL 36116
USPS Tracking# 9114 9999 4423 8340 3764 25

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 2:14mj165-SRW

I, _____ C. L. Phillips _____ being duly sworn depose and say:

I am a(n) _____ United States Postal Inspector _____ and have reason to believe
                              Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One USPS Priority Mail Flat Rate Box addressed to Kitty Whitaker, 6820 Inverness Rd., Montgomery, AL 36116 with Tracking # 9114 9999 4423 8340 3764 25

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property)

controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

contraband, the fruits of a crime or thing otherwise criminally possessed,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____ .
The facts to support the issuance of a Search Warrant are as follows:

See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

Continued on the attached sheet and made a part hereof.     ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

OCTOBER 7, 2014                                          at    MONTGOMERY, ALABAMA
Date                                                                 City and State

SUSAN RUSS WALKER
CHIEF, UNITED STATES MAGISTRATE JUDGE                      _____
Name and Title of Judicial Officer                          Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
## ATTACHMENT 1

I, Christopher L. Phillips, U.S. Postal Inspector, depose and state:

1.	I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and have been employed in this capacity since April of 2012. I am currently assigned to the Houston Division's Montgomery, AL domicile. I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code ("U.S.C.") Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for crimes furthered through the use of the U.S. Mail or in connection to the U.S. Postal Service ("USPS"), property of the USPS, and other postal offenses, as set forth in 18 U.S.C. § 3061.

2.	This affidavit is written in support and as part of an application for a search warrant to search one parcel currently in the custody and control of the USPIS. The information contained in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other individuals, including law enforcement officials and postal employees, as well as on my review of records, documents, and other physical evidence obtained. This affidavit only contains information necessary to support probable cause for a search warrant and is not intended to include every fact observed by your affiant or known to the government.

3.	Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances from California to other destinations in the United States.

4.	On September 23, 2014, Priority Mail parcel 9505 5110 6147 4260 4441 67 addressed to "Jamal Lininger," 2611 Essex Place, Montgomery, AL 36111, was opened pursuant to federal search warrant. This parcel was found to contain two bundles of suspected marijuana with a total gross weight of 2 pounds and 2.6 ounces. As a result of the search warrant, a "mail watch" was placed on 2611 Essex Place, Montgomery, AL 36116. A "mail watch" is a technique used by the U.S. Postal Service to watch for questionable mail pieces addressed for delivery to specific addresses. On October 3, 2014, United States Postal Inspection Service personnel contacted the United States Postal Inspection Service concerning another Priority Mail parcel 9114 9999 4423 9340 3764 25, henceforth referred to as PM-25. According to Inspection Service personnel investigations, On October 2, 2014, the mailer of PM-25 simultaneously mailed an additional Priority Mail parcel addressed "Jamaal Boldin," 2611 Essex Place, Montgomery, AL 36116.

5.	The parcel in question, PM-25, is described as follows:

    a.	Addressed To:	Kitty Whitaker
        6820 Inverness Road
        Montgomery, AL 36116

    b.	Return Address:	T. Landholt
        5044 Georgetown Ave.

|   |   |   |
|---|---|---|
|   |   | San Diego, CA  92110 |
| c. | Class of Mail: | Priority |
|   |   | USPS Tracking Number(s):<br>9114 9999 4423 8340 3764 25 |
| d. | City Postage was Purchased: | San Diego, CA  92117 |
| e. | Postage: | $6.65 |

6. On or around October 3, 2014, United States Postal Inspection Service personnel conducted additional investigations on PM-25. Inspection Service personnel conducted a computerized records check regarding the addresses on the parcel. According to the records check, the recipient name, "Kitty Whitaker," is not associated with the delivery address. Based on your affiant's training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address information or address packages to vacant residences in an attempt to disassociate themselves from the controlled substances.

7. On October 6, 2014, at the Downtown Montgomery Post Office in Montgomery, Alabama, the parcel was examined by narcotics detection canine "Harley", handled by Capt. Jim Steele from the Autauga County Sheriff's Department. During the examination, "Harley" alerted to the parcel, indicating the parcel contained the scent of controlled substances. Your affiant has been advised of the qualifications of the canine handler and his narcotics detection canine, "Harley", which is more fully described in Attachment A, filed in conjunction herewith and incorporated by reference herein.

8. Based on the facts set forth in this affidavit, and based on my training and experience, there is probable cause to believe the parcel contains controlled substances and/or narcotics trafficking proceeds. As a result, your affiant respectfully requests the issuance by the court of a search warrant directing the search of the parcel described above. Additionally, your affiant requests the seizure of the parcel, controlled substances, currency, and/or negotiable instruments contained therein. Your affiant also requests the seizure of any additional enclosed materials recovered during the search of the parcel, which may represent evidence of the distribution of controlled substances, to include evidence as to the identity of the source of the packages and/or the recipient thereof, all in violation of 21 U.S.C. §§ 841 (a)(1), 843(b), and 846.

9.      The parcel has been maintained unopened in the custody of the undersigned affiant in this District pending application for a search warrant.

*Christopher L. Phillips*
Christopher L. Phillips
U.S. Postal Inspector

Sworn to and subscribed before me this
7th day of October, 2014, in
Montgomery, AL

HONORABLE SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF ALABAMA

# ATTACHMENT A

"Harley" is a male Labrador retriever, approximately 4 years old and has been working as a K9 narcotics detector dog since approximately 2009. The handler advised that "Harley" participates in a minimum of 16 hours of in-service training per month as well as routine usage. Per his handler, "Harley" was certified through Central Alabama Police K-9 Academy, Jemison, AL. "Harley" is certified to detect cocaine, crack, opium and opiates, methamphetamine, heroin, and marijuana.

Captain Jim Steele has been a canine narcotics officer with the Autauga County Sheriff's Office for approximately 19 years, and a law enforcement officer for approximately 39 years. Captain Steele has worked with "Harley" for approximately 3 years and he has confirmed the K-9's credibility and reliability.

"Harley" has successfully alerted hundreds of times during training and real life situations.